**ORIGINAL**

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

---

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MICHAEL D. GLENN
_____
Plaintiff

V.

CMS
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06  420

I, MICHAEL D. GLENN, declare that I am the (check appropriate box)

• • Petitioner/**Plaintiff**/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • **Yes**   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  HOWARD R. YOUNG

   **Inmate Identification Number (Required):** 252605

   Are you employed at the institution? YES  Do you receive any payment from the institution? YES

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months transactions_

2. Are you currently employed?   • • Yes   • **No**

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. McDONALD'S (DOVER MALL) IN 2001, $6.15/HR.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • **No** |
   | b. | Rent payments, interest or dividends | • • Yes | • • **No** |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • **No** |
   | d. | Disability or workers compensation payments | • • Yes | • • **No** |
   | e. | Gifts or inheritances | • • Yes | • • **No** |
   | f. | Any other sources | • • **Yes** | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. MONEY ORDERS FROM FRIENDS AMOUNTING TO ABOUT $500 FOR PERSONAL NEEDS IN THE PRISON. MONEY

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  • (No) 

    If "Yes" state the total amount $ N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    • • Yes  • (No) 

    If "Yes" describe the property and state its value.

    N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

    NONE

I declare under penalty of perjury that the above information is true and correct.

7/1/06
DATE

Michael D. Oliver
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORIGINAL

06  420

```
RESIDENT HISTORY REPORT                                                Page 1 of 1

HRYCI
06/29/06 10:45
ST 007 / OPR JMH

SBI                  :  252605
Resident Name        :  GLENN, MICHAEL D
Time Frame           :  12/05/2005 06:30 - 06/29/2006 10:45


Date        Time    Type           ST   OPR    Receipt #      Amount      Balance


12/05/2005  06:30   Order           2   DDT    B90849           5.69         0.05
12/06/2005  11:39   Add             4   SED    D37487          25.00        25.05
12/12/2005  06:47   Order           2   WLH    B91844          24.23         0.82
12/12/2005  11:30   Credit          3   WLH    C9882            2.76         3.58
12/18/2005  18:21   Add             7   KTS    G8706           15.12        18.70
12/19/2005  07:17   Order           2   DDT    B92857          14.94         3.76
12/26/2005  05:55   Order           2   DDT    B93872           3.25         0.51
12/30/2005  11:47   Add             4   SED    D39343          15.00        15.51
01/03/2006  10:22   Order           3   WLH    C10153          14.86         0.65
01/04/2006  12:33   Add             4   SEA    D39552          25.00        25.65
01/06/2006  11:35   Add             4   SEA    D39723          20.00        45.65
01/09/2006  07:03   Order           2   WLH    B95818          10.71        34.94
01/10/2006  11:14   Order           3   WLH    C10337           3.90        31.04
01/16/2006  06:23   Order           2   DDT    B96919           4.15        26.89
01/23/2006  06:39   Add             7   KTS    G9053           19.20        46.09
01/23/2006  07:07   Order           2   DDT    B97880          15.47        30.62
01/26/2006  11:51   Add             4   CK     D40854          25.00        55.62
01/30/2006  06:53   Order           2   DDT    B98973          15.50        40.12
02/06/2006  09:22   Order           2   DDT    B100059          4.98        35.14
02/13/2006  06:48   Order           2   DDT    B101029         31.48         3.66
02/21/2006  11:08   Add             7   KTS    G9406           24.24        27.90
02/27/2006  07:18   Order           2   DDT    B103138         27.27         0.63
02/28/2006  10:54   Credit          3   WLH    C11245           2.13         2.76
03/06/2006  13:03   Order           2   WLH    B104302          2.30         0.46
03/07/2006  12:32   Add             4   SEA    D43469          57.00        57.46
03/08/2006  11:27   Add             4   SEA    D43518          30.00        87.46
03/09/2006  12:22   Add             4   J      D43631          20.00       107.46
03/13/2006  07:00   Order           2   DDT    B105414         22.86        84.60
03/15/2006  09:53   Add             7   bsp    G9634           21.60       106.20
03/20/2006  06:43   Order           2   DDT    B106391         36.42        69.78
04/03/2006  06:42   Order           2   WLH    B108617         47.00        22.78
04/03/2006  11:03   Credit          3   WLH    C11739           1.61        24.39
04/10/2006  06:43   Order           2   DDT    B109696         21.73         2.66
04/17/2006  11:19   Order           2   DDT    B110808          2.54         0.12
04/18/2006  08:56   Add            10   bsp    J2478           22.32        22.44
04/24/2006  06:54   Order           2   DDT    B111828         21.51         0.93
05/02/2006  14:08   Add             4   SEA    D46928          20.00        20.93
05/02/2006  14:11   Add             4   SEA    D46934          40.00        60.93
05/04/2006  09:28   Order           3   WLH    C12152          50.34        10.59
05/08/2006  06:41   Order           2   DDT    B113857          9.86         0.73
05/11/2006  09:32   Add            10   bsp    J3180           18.96        19.69
05/16/2006  05:43   Order           2   DDT    B115071         19.55         0.14
05/23/2006  12:49   Add             4   J      D48231          50.00        50.14
05/24/2006  10:48   Order           3   WLH    C12469          45.11         5.03
05/29/2006  05:54   Order           2   DDT    B116984          2.60         2.43
06/05/2006  06:43   Order           2   DDT    B117898          2.04         0.39
06/05/2006  12:55   Add             4   SEA    D48862          40.00        40.39
06/07/2006  12:43   Order           3   WLH    C12699          33.14         7.25
06/08/2006  12:41   Add            10   bsp    J3678           21.36        28.61
06/12/2006  06:44   Order           2   DDT    B118932         28.54         0.07
06/26/2006  12:17   Add             4   SED    D50160          30.00        30.07
06/27/2006  11:50   Add             4   SED    D50212          20.00        50.07
06/27/2006  12:27   Add             4   SED    D50262          20.00        70.07
06/28/2006  09:43   Order           3   WLH    C13016          50.10        19.97
```

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 JUL -3 PM 3:54    RG scanned