Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

WILMINGTON DE 197
03 FEB 2007

RETURN TO SENDER
INMATE UNKNOWN — NO INMATE BY THIS SPELLING
INMATE RELEASED — ENCLOSURE UNAUTHORIZED
CORRESPONDENCE REFUSED

Mailroom Officer
Howard R. Young Corr. Inst.
P.O. Box 9561
Wilmington, DE 19809

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK



LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:  MAILROOM PERSONNEL RESPONSIBLE FOR DELIVERING MAIL TO INMATES

Enclosed you will find an envelope addressed to an inmate. When the envelope is delivered to the inmate, please have the inmate fill in the date at the place provided on the acknowledgment form directly below these instructions, and have the inmate sign their name to acknowledge that they received the correspondence. The person delivering the mail should then sign on the line designated for "Witness." If an inmate should contend they never received a communication from the Court, production or non-production of the receipt will be considered by the Court in disposing of the inmate's contention. *For this reason, mailroom personnel are cautioned to organize, file and save the receipts so that the same can be readily found if the issue should arise.* The operating head of each institution is aware of this procedure. **PLEASE DO NOT SEND COMPLETED RECEIPTS TO THE DISTRICT COURT.**

---

### ACKNOWLEDGMENT OF RECEIPT OF MAIL

I,_____, do acknowledge by my signature below, that I received on _____, an envelope from the U.S. District Court for Delaware, containing:

_____

_____

issued by the Court on _____

_____          _____
       (Witness)                      (Recipient)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL D. GLENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-420-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 19, 2006, the court entered an order requiring plaintiff to complete and return USM-285 forms for the defendant, informing plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the clerk of the court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 6);

WHEREAS, to date, none of the required USM-285 forms have been received from plaintiff;

THEREFORE, at Wilmington this ___ day of February, 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m). Plaintiff is not required to pay any previously assessed fees or the remaining balance of the $350.00 filing fee. The clerk of the court is

directed to send a copy of this order to the appropriate prison business office.

                                                */s/*
                                    UNITED STATES DISTRICT JUDGE

**Other Orders/Judgments**
1:06-cv-00420-SLR Glenn v. Correctional Medical Systems
PaperDocuments

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 2/9/2007 at 1:33 PM EST and filed on 2/9/2007
**Case Name:** Glenn v. Correctional Medical Systems
**Case Number:** 1:06-cv-420
**Filer:**
**WARNING: CASE CLOSED on 02/09/2007**
**Document Number:** 7

**Docket Text:**
ORDER dismissing complaint without prejudice. Plaintiff is not required to pay any previously assessed fees or the remaining balance of the $350.00 filing fee. (Copy to pltf. & Prison Business Office), ***Civil Case Terminated. Signed by Judge Sue L. Robinson on 2/7/07. (rld)

**1:06-cv-420 Notice has been electronically mailed to:**

**1:06-cv-420 Notice has been delivered by other means to:**

Michael D. Glenn
SBI #252605
HRYCI
1301 E 12th Street
Wilmington, DE 19802

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/9/2007] [FileNumber=341407-0]
[7022d5c8613f374dd181ee28e9a1e7799983e3c1ad99d144965cc109093c99f59cb17
596c3f31f54046b36ed3df7efd2f94b30b7f2ad555e3ab764cf297bce22]]