

**Utility Events**

1:06-cv-00420-SLR Glenn v. Correctional Medical Systems **CASE CLOSED on 02/09/2007**
CLOSED, PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 2/21/2007 at 10:58 AM EST and filed on 2/21/2007
**Case Name:**   Glenn v. Correctional Medical Systems
**Case Number:**   1:06-cv-420
**Filer:**
**WARNING: CASE CLOSED on 02/09/2007**
**Document Number:** No document attached

**Docket Text:**
Remark: Per address update provided by CCIC, address changed to: Michael D. Glenn, 18 Willis Road, Dover, DE 19904 (Copy of D.I. [7] remailed 2/21/07 to plaintiff Glenn. (rbe)

**1:06-cv-420 Notice has been electronically mailed to:**

**1:06-cv-420 Notice has been delivered by other means to:**

Michael D. Glenn
Michael D. Glenn, Pro Se
18 Willis Road
Dover, DE 19904



(b)scanned
FILED
MAR 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00420-SLR
### Internal Use Only

Glenn v. Correctional Medical Systems
Assigned to: Honorable Sue L. Robinson
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/03/2006
Date Terminated: 02/09/2007
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

Michael D. Glenn          represented by   Michael D. Glenn
                                           Michael D. Glenn, Pro Se
                                           18 Willis Road
                                           Dover, DE 19904
                                           PRO SE



V.

**Defendant**

Correctional Medical Systems

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Michael D. Glenn. (Attachments: # 1 Trust Fund Account Statement)(dab, ) (Entered: 07/05/2006) |
| 07/03/2006 | 2 | COMPLAINT filed pursuant to 42:1983 against Correctional Medical Systems - filed by Michael D. Glenn.(dab, ) (Entered: 07/05/2006) |
| 07/03/2006 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (dab, ) (Entered: 07/10/2006) |
| 07/12/2006 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 07/12/2006) |
| 07/17/2006 | 4 | ORDER granting Motion to Proceed IFP. Filing Fee of $350.00 Assessed. An initial partial filing fee of $17.49 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 8/16/2006.. Signed by Judge Sue L. Robinson on |

|  |  |  | 7/14/06. (fmt, ) (Entered: 07/17/2006) |
|---|---|---|---|
| 08/17/2006 |  | 5 | Authorization by Michael D. Glenn requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (fmt, ) (Entered: 08/18/2006) |
| 09/19/2006 |  | 6 | ORDER, plaintiff shall return to Clerk original USM 285 form(s) for Correctional Medical Systems, as well as for the Attorney General of the State of Delaware. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.). Signed by Judge Sue L. Robinson on 9/18/06. (fmt, ) (Entered: 09/19/2006) |
| 02/09/2007 |  | 7 | ORDER dismissing complaint without prejudice. Plaintiff is not required to pay any previously assessed fees or the remaining balance of the $350.00 filing fee. (Copy to pltf. & Prison Business Office), ***Civil Case Terminated. Signed by Judge Sue L. Robinson on 2/7/07. (rld) (Entered: 02/09/2007) |
| 02/20/2007 |  | 8 | Return of Undeliverable Mail (copy of D.I. 7) sent to Michael D. Glenn. Return to Sender. Inmate Released. (fmt) (Entered: 02/20/2007) |

Scanned

FILED

MAR 23 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL D. GLENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-420-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 19, 2006, the court entered an order requiring plaintiff to complete and return USM-285 forms for the defendant, informing plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the clerk of the court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 6);

WHEREAS, to date, none of the required USM-285 forms have been received from plaintiff;

THEREFORE, at Wilmington this 7th day of February, 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m). Plaintiff is not required to pay any previously assessed fees or the remaining balance of the $350.00 filing fee. The clerk of the court is

directed to send a copy of this order to the appropriate prison business office.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```

2

scanned
FILED
MAR 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE